THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David B.
 Richards, Appellant.
 
 
 

Appeal From Lexington County
James W. Johnson, Jr., Circuit Court Judge

Unpublished Opinion No. 2008-UP-620
 Submitted November 3, 2008  Filed
November 12, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  David B. Richards appeals his convictions for four
 counts of criminal sexual conduct with a minor and one count of lewd act on a
 minor.  Richards was sentenced to concurrent terms of twenty years for each
 criminal sexual conduct with a minor charge, and a consecutive fifteen year
 sentence for the lewd act on a minor charge.  Richards argues the trial court
 erred by denying his request to charge the jury on the lesser included offense
 of assault and battery of a high and aggravated nature.  Richards filed a
 separate pro se brief.  After a thorough
 review of the record and both briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Richards appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
ANDERSON, THOMAS, JJ., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.